UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LUIS HUMBERTO SARMIENTO CALLE,

Petitioner,

v.

CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 25cv3794-LL-DDL

**ORDER GRANTING IN PART PETITIONER'S HABEAS PETITION**

**[ECF No. 1]**

Petitioner Luis Humberto Sarmiento Calle is a detainee in the custody of the U.S. Department of Homeland Security, Immigration and Customs Enforcement. On December 28, 2025, he filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1 ("Pet."). Petitioner is an Ecuadorian national who entered the United States without inspection in or about 2001. *Id.* ¶ 1. He was apprehended on or about November 6, 2025, in the interior of the United States and is currently detained at the Otay Mesa Detention Center. *Id.* ¶¶ 1, 27. He seeks a writ of habeas corpus directing Respondents to rule in his favor and order his immediate release or in the alternative a bond hearing. *Id.* ¶ 5.

On January 8, 2026, Respondents filed a Return in which they "acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this court directing a bond hearing to be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2. Respondents state that "Petitioner appears to be a member of the Bond Eligible Class

certified in *Maldonado Bautista v. Santacruz*, Case No. 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025)." *Id.*

On January 8, 2026, Petitioner filed a "Notice of Concurrence with Respondents' Concession and Request for Prompt Issuance of Bond Hearing Order." ECF No. 5. Petitioner states in his January 8, 2026 filing that in light of the concession in Respondents' Return, he "respectfully requests that the Court promptly issue an order directing that a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."

Accordingly, the Court grants Petitioner's Petition for a bond hearing. All pending deadlines and hearings before this Court are vacated. Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration court within **seven (7) days** of this Order.

**IT IS SO ORDERED.**

Dated: January 13, 2026

Honorable Linda Lopez
United States District Judge